**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2011 MAY 24 A 10:26

**CHANGE OF ADDRESS OF DEBTOR(s)**

**Case No.** 1-11-41301

**Chapter**

Sir/Madam:

Please amend the Court's records to reflect my change of address.

**DEBTOR's NAME:** MARTIN BRUTON

**JOINT DEBTOR's NAME:** ______________________

**OLD ADDRESS:** 181-06 Aberdeen Rd Jamaica
Queens NY 11432

**NEW ADDRESS:** 211-06 75 Ave Apt 5E
Bayside Queens NY 11364

**Dated:** May 24-11

______________________
Debtor's Signature

______________________
Joint Debtor's Signature

**NOTE:** This does not reflect a change in caption. Any change to the caption must be on Application and Order